No. 763. ROSEE *v.* BOARD OF TRADE OF THE CITY OF CHICAGO ET AL. C. A. 7th Cir. Motion to dispense with printing portions of appendix denied. Motion to amend petition granted. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Weisl,* and *John C. Eldridge* for respondents Kibby et al.

No. 787. CONFEDERATED SALISH AND KOOTENAI TRIBES OF THE FLATHEAD RESERVATION, MONTANA *v.* UNITED STATES. Ct. Cl. Certiorari denied. THE CHIEF JUSTICE, MR. JUSTICE DOUGLAS, and MR. JUSTICE BRENNAN are of the opinion that certiorari should be granted. *John W. Cragun, Charles A. Hobbs,* and *Richard A. Baenen* for petitioners. *Solicitor General Griswold, Assistant Attorney General Martz, Roger P. Marquis,* and *Edmund B. Clark* for the United States.

No. 788. KNICKERBOCKER INSURANCE Co. *v.* FAISON ET AL. Ct. App. N. Y. Motion of Motor Vehicle Accident Indemnification Corp. for leave to file a brief, as *amicus curiae,* granted, and brief filed. Certiorari denied. *Arnold Davis* for petitioner. *Jacob D. Fuchsberg* for respondents.

No. 431, Misc. GONZALES *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, and *Philip C. Griffin,* Deputy Attorney General, for respondent.

No. 522, Misc. BUTCHER *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied. *W. S. Moore* for petitioner. *Joe T. Patterson,* Attorney General of Mississippi, and *G. Garland Lyell, Jr.,* Assistant Attorney General, for respondent.